United States District Court
Southern District of Texas
**ENTERED**
January 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN CARPENTER, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-18-293 |
| KIRK MORTUARY FUNERAL HOME, SUPER 8 MOTEL, LONGVIEW, TEXAS MEMORIAL HERMANN HOSPITAL, INMAN SHIPPING WORLDWIDE, MAINLAND MEDICAL CENTER, | § | |
| Defendants. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 12), to which no objections have been filed. The court finds that the Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

In conformity with the Memorandum and Recommendation and the Order Adopting Memorandum and Recommendation, Plaintiffs' Motion for Reconsideration (Docket Entry No. 7) is **DENIED**.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 4th day of January, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE